FILED'06 MAR 08 14:39USDC-ORP

RECVD'06 FEB 28 16:15USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**BRUCE LYNN REED,**                          **Civ. No. 05-966-BR**

                        Petitioner,        **ORDER DISMISSING HABEAS CORPUS PETITION**

        vs.

**JEAN HILL,**

                        Respondent.

_____

        This matter having come before the Court on the motion of the Petitioner to voluntarily dismiss his habeas corpus petition,

        IT IS HEREBY ORDERED that the Petition for a Writ of Habeas Corpus is dismissed without prejudice.  In the event that  the decision in *Blakely v. Washington*, 124 S.Ct. 2531 (2004), is later made retroactive to cases on collateral review, Petitioner has leave to reopen this case only as to the *Blakely* issues, and the limitations period shall be deemed tolled from June 22, 2005, until sixty days after the date of the decision rendering *Blakely* retroactively

applicable.   If *Blakely* is made retroactive and the Petitioner moves to reopen this case during

the above-referenced 60-day period, Petitioner may also amend the Petition as of right so as

to properly plead all *Blakely*-based claims in this Court.

      IT IS SO ORDERED this ⁷ᵗʰ day of March, 2006.

                The Honorable Anna J. Brown
                U.S. District Judge

Submitted by:

Thomas J. Hester
Attorney for Petitioner

Lynn David Larsen (by consent)
Attorney for Respondent

CERTIFICATE OF SERVICE